IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELINORE J. RUBEN | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA, et al. | : | NO. 12-1013 |

ORDER

AND NOW, this 17th of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Beyer Blinder Belle, P.C. a/k/a Beyer Blinder Bell Architects & Planners LLP to dismiss the complaint (Doc. #13) is DENIED.

BY THE COURT:

Harvey Bartle III
J.